**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1066


NEW CENTURY, INC.

VERSUS

CITY OF LAKE CHARLES


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-5650
HONORABLE PATRICIA MINALDI, DISTRICT JUDGE

**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Glenn B. Gremillion, Judges.

MOTION TO DISMISS DENIED.
APPEAL MAINTAINED.

Michael R. Garber
Attorney at Law
P. O. Box 597
Lake Charles, LA 70602
(337) 494-5500
Counsel for: Plaintiff Appellant
New Century, Inc.

Christopher E. John
P.O. Box 900
Lake Charles, LA 70602-0900
(337) 491-1547
Counsel for: Defendant Appellee
City of Lake Charles